UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No:        3:21-cr-22-MMH-MCR

KRISTOPHER ERVIN
_____/

## NOTICE OF APPEAL

COMES NOW the Defendant, Kristopher Ervin, by and through the undersigned counsel, pursuant to Rule 4(b), Fed. R. App. P., and hereby gives notice of his appeal of the (1) Order Denying Motion for Judgment of Acquittal (Doc. 310), (2) September 8, 2023 sentenced imposed, and (3) the subsequent September 14, 2023 Judgment in a Criminal Case (Doc. 324) issued by United States District Court Judge Marcia Morales Howard.

Respectfully submitted,
**First Coast Criminal Defense**

  /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to: Laura Cofer Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, this 19th day of September, 2023.

  /s/ Alex King
ATTORNEY