UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

## NOTICE OF APPEAL

Pursuant to Rules 3 and Rule 4(b) of the Federal Rules of Appellate Procedure, Defendant Matthew Raymond Hoover hereby appeals to the United States Court of Appeals for the Eleventh Circuit (1) the Order Denying Hoover's Motion to Transfer Venue and Sever (Doc. 125), (2) the Order denying Defendant's Motion to Dismiss (Doc. 141), (3) the Order Denying Defendant's Motions in Limine (Doc. 223), (4) the Order Denying Defendant's Motion for Bill of Particulars (Doc. 237), (5) the Order Denying Defendant's Motion for judgment of Acquittal (Doc. 310), and the Court's denial of Defendant's motion to declare a mistrial, and the judgment, and any other such orders that were merged into the Court's September 14, 2023 Judgment (Doc. 327) issued by United States District Court Judge Marcia Morales Howard.

Respectfully submitted,

1

DATED:  September 20, 2023

*/s/Zachary Z. Zermay*                    */s/Matthew Larosiere*
Zachary Z. Zermay, Esq.            Matthew Larosiere, Esq.
1762 Windward Way                6964 Houlton Circle
Sanibel, FL 33957                    Lake Worth, FL 33467
Email: zach@zermaylaw.com       Email: larosieremm@gmail.com
Telephone: 239-699-3107            Telephone: 561-452-7575
*Lead Counsel for Defendant*         *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  September 20, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Matthew Larosiere*
Matthew Larosiere, Esq.

2