UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
1.26.2022
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:21-cr-22(S2)-MMH-MCR

MATTHEW RAYMOND HOOVER

### ORDER

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 26th day of January, 2022.

_____
United States Magistrate Judge

Copies to:

United States Attorney Laura Cofer Taylor
United States Marshal