# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA
   *Plaintiff-Appellant*,

v.                                                          No. 23-13062-D

KRISTOPHER ERVIN, ET AL.,
   *Defendant-Appellant*

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

In addition to the persons identified in the initial certificate of interested persons and corporate disclosure statement filed by Kristopher Ervin, et al., the following persons have an interest in the outcome of this case:

1. Barksdale, Hon. Patricia D., United States Magistrate Judge;

2. Call, Lisa, Federal Public Defender's Office;

3. Corrigan, Hon. Timothy J., United States District Judge;

4. Handberg, Roger B., United States Attorney;

5. Hoppmann, Karin, former Acting United States Attorney;

6. King, Alex, Esq.;

7. Klindt, Hon. James R., United States Magistrate Judge;

8. Lopez, Maria Chapa, former United States Attorney;

9. Mesrobian, David B., Assistant United States Attorney;

10. Monroe, Daniel S., Esq.;

*United States v. Kristopher Ervin, et al.*
No. 2313062-D

11. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

12. Siekkinen, Sean, Assistant United States Attorney;
13. Taylor, Laura Cofer, Assistant United States Attorney; and

14. Tran, Mai, Assistant United States Attorney.

No publicly traded company or corporation has an interest in the outcome of this appeal.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   *s/ Sean Siekkinen*
      SEAN SIEKKINEN
      Assistant United States Attorney
      Appellate Division
      USA No. 192
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602
      (813) 274-6000
      sean.siekkinen@usdoj.gov

## Certificate of Service

I certify that a copy of this certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by CM/ECF on October 18, 2023, to:

ZACHARY Z. ZERMAY, ESQ.
*Counsel for Matthew Hoover*

ALEX KING, ESQ.
*Counsel for Kristopher Ervin*

> *s/ Sean Siekkinen*
> SEAN SIEKKINEN
> Assistant United States Attorney