## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 04, 2023

Valarie Linnen
Valarie Linnen, Esq
841 PRUDENTIAL DR FL 12
JACKSONVILLE, FL 32207

Appeal Number: 23-13062-D
Case Style: USA v. Kristopher Ervin, et al
District Court Docket No: 3:21-cr-00022-MMH-MCR-1

Party To Be Represented: Kristopher Justinboyer Ervin

Dear Counsel:

You have been appointed to represent the above-named individual on appeal pursuant to the Criminal Justice Act (CJA), 18 U.S.C. § 3006A. The compensation you will receive will be based on the provisions of the CJA, Volume 7 of the *Guide to Judiciary Policy*, and the factors in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

Information, documentation, and a link to the CJA eVoucher application are available at http://www.ca11.uscourts.gov/attorney-info/criminal-justice-act. For questions concerning eVoucher please contact the Clerk's Office CJA Team at cja_evoucher@ca11.uscourts.gov or 404-335-6167. For all other questions, please call the "Reply To" number shown below.

Your claim for compensation under the CJA should be submitted no later than 60 days after issuance of the mandate or the filing of a petition for a writ of certiorari, whichever is later. When you submit your voucher, include a description of the services you provided and upload in eVoucher each brief, petition for rehearing, and certiorari petition you filed on behalf of your client.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.

- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **December 4, 2023**, except as otherwise provided in 11th Cir. R. 31-1. See 11th Cir. R. 12-1 and 31-1.

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument:  404-335-6141

CJA-1 Appointment of Counsel Letter