IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**
    Appellees,                 Case: 23-13062-D
v.                                      DC:   3:21-cr-22-MMH-MCR-1

**KRISTOPHER JUSTINBOYER ERVIN,**
    Appellant.

## CERTIFICATE OF INTERESTED PERSONS

Appellant, KRISTOPHER JUSTINBOYER ERVIN, by and through the counsel, hereby files this Certificate of Interested Persons:

1) BARKSDALE, Patricia D. – U.S. Magistrate Judge

2) CALL, Lisa – Assistant Public Defender

3) CORRIGAN, Timothy J. – U.S. District Judge

4) ERVIN, Kristopher Justinboyer – Defendant / Appellant

5) HARRINGTON, Jennifer Michelle – Assistant U.S. Attorney

6) HOOVER, Matthew Raymond – Co-Defendant

7) HOWARD, Marcia Morales – U.S. District Judge

8) KING, Alex – Trial Defense Counsel

9) KLINDT, James R. – U.S. Magistrate Judge

10) LINNEN, Valarie – Appellate Counsel for Mr. Thomas

11) MESROBIAN, David B. – Assistant U.S. Attorney

12) MONROE, Daniel Scott – Former Defense Counsel

13) RICHARDSON, Monte C. – U.S. Magistrate Judge

14) SIEKKINAN, Sean – Assistant U.S. Attorney

15) TAYLOR, Lisa Cofer – Assistant U.S. Attorney

16) TRAN, Mia – Assistant U.S. Attorney

No publicly traded company or corporation has an interest in the outcome of this appeal.

Submitted on this 5th day of December 2023.

/s/ **Valarie Linnen**
VALARIE LINNEN, ESQ.
Florida Bar No.: 63291
841 Prudential Drive
12th Floor
Jacksonville, FL 32207
(888) 608-8814
vlinnen@live.com
Attorney for Appellant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following via electronic case mail delivery on this 5th day of December 2023:

Sean Siekkinen, AUSA, Sean.Siekkinen@usdoj.gov

**/s/ Valarie Linnen**
VALARIE LINNEN, ESQ.
Florida Bar No.: 63291