**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 06, 2023

Matthew Larosiere
Law Office of Matthew Larosiere
6964 HOULTON CIR
LAKE WORTH, FL 33467

Appeal Number: 23-13062-D
Case Style: USA v. Kristopher Ervin, et al
District Court Docket No: 3:21-cr-00022-MMH-MCR-1

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including 01/18/2024.

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument:  404-335-6141

EXT-1 Extension of time