# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13062

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

*versus*

KRISTOPHER JUSTINBOYER ERVIN,
MATTHEW RAYMOND HOOVER,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cr-00022-MMH-MCR-1

_____

2                  Order of the Court                 23-13062

ORDER:

The motion for an extension of time to and including January 18, 2024 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE