IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**
　　Appellees,　　　　　　　　　　　Case: 23-13062-D
v.　　　　　　　　　　　　　　　　　DC:　3:21-cr-22-MMH-MCR-1

**KRISTOPHER JUSTINBOYER ERVIN,**
　　Appellant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME (30 DAYS) TO FILE APPELLANT'S INITIAL BRIEF

Pursuant to Local Rules 31-2(a), Appellant, KRISTOPHER JUSTINBOYER ERVIN, by and through the undersigned counsel, requests a 30-day extension of time to submit Appellant's Brief, and in support thereof, states as follows:

1. In the proceedings below, Mr. Ervin was convicted following a nine-day jury trial of four counts of criminal conduct and sentenced to 68-months imprisonment.

2. The transcripts from the proceedings below are approximately 2,300 pages in length. The undersigned counsel needs additional time to review the transcripts, research any potential errors, and discuss those with Mr. Ervin.

3. This is counsel's first request for an extension of time.

4. The undersigned counsel requests an additional 30-days to permit for adequate time to review the proceedings below and to facilitate communication with Mr. Ervin.

5. Assistant U.S. Attorney Sean Siekkinen does not oppose this motion.

WHEREFORE, the undersigned counsel requests a 30-day extension of time to file Appellant's Brief, and requests that this Court award Mr. Ervin any and all further relief to which he is entitled.

Submitted on this 16th day of January 2024.

/s/ **Valarie Linnen**
VALARIE LINNEN, ESQ.
Florida Bar No.: 63291
841 Prudential Drive
12th Floor
Jacksonville, FL 32207
(888) 608-8814
vlinnen@live.com
Attorney for Appellant

## **CERTIFICATE OF INTERESTED PERSONS**

Appellant, KRISTOPHER JUSTINBOYER ERVIN, by and through the counsel, hereby files this Certificate of Interested Persons:

1) BARKSDALE, Patricia D. – U.S. Magistrate Judge
2) CALL, Lisa – Assistant Public Defender
3) CORRIGAN, Timothy J. – U.S. District Judge
4) ERVIN, Kristopher Justinboyer – Defendant / Appellant
5) HARRINGTON, Jennifer Michelle – Assistant U.S. Attorney
6) HOOVER, Matthew Raymond – Co-Defendant
7) HOWARD, Marcia Morales – U.S. District Judge
8) KING, Alex – Trial Defense Counsel
9) KLINDT, James R. – U.S. Magistrate Judge
10) LINNEN, Valarie – Appellate Counsel for Mr. Thomas
11) MESROBIAN, David B. – Assistant U.S. Attorney
12) MONROE, Daniel Scott – Former Defense Counsel
13) RICHARDSON, Monte C. – U.S. Magistrate Judge
14) SIEKKINAN, Sean – Assistant U.S. Attorney
15) TAYLOR, Lisa Cofer – Assistant U.S. Attorney
16) TRAN, Mia – Assistant U.S. Attorney

No publicly traded company or corporation has an interest in the outcome of this appeal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following via electronic case mail delivery on this 16th day of January 2024:

Sean Siekkinen, AUSA, Sean.Siekkinen@usdoj.gov

## CERTIFICATE OF TYPEFACE COMPLIANCE

Pursuant to Rule 32(g), this motion complies with the type-volume limitation of Fed.R.App.P. 27(d) because this motion contains 169 words, excluding the parts exempted by Fed.R.App.P. 32(f).

/s/ **Valarie Linnen**
VALARIE LINNEN, ESQ.
Florida Bar No.: 63291