# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

March 26, 2024

Valarie Linnen
Valarie Linnen, Esq
841 PRUDENTIAL DR FL 12
JACKSONVILLE, FL 32207

Appeal Number: 23-13062-JJ
Case Style: USA v. Kristopher Ervin, et al
District Court Docket No: 3:21-cr-00022-MMH-MCR-1

**RULES PROVIDE FOR DISMISSAL WITHOUT FURTHER NOTICE WHEN A BRIEF OR APPENDIX IS NOT FILED OR <u>CORRECTED</u> WITHIN THE TIME PERMITTED.**

The paper copies of the appendix are deficient because they are missing volume 2. Please submit 2 copies of volume 2 within fourteen days from this date.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

APPX-4CR Appendix deficiency letter