# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

Nos. 23-13062, 23-13106

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

KRISTOPHER JUSTINBOYER ERVIN,
MATTHEW RAYMOND HOOVER,

Defendants-Appellants.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket Nos. 3:21-cr-00022-MMH-MCR-1,
3:21-cr-00022-MMH-MCR-2

————————————

2                           Order of the Court                      23-13062

ORDER:

Plaintiff-Appellee's motion to exceed the word limitation in Federal Rule of Appellate Procedure 32 is GRANTED to the extent that its response brief may not exceed 17,000 words.

Plaintiff-Appellee's motion to stay the briefing schedule pending a ruling on its motion is GRANTED. Plaintiff-Appellee's response brief is due 14 days from the date of this order.


/s/ Kevin C. Newsom

UNITED STATES CIRCUIT JUDGE