# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 07, 2024

Valarie Linnen
Valarie Linnen, Esq
841 PRUDENTIAL DR FL 12
JACKSONVILLE, FL 32207

Matthew Larosiere
Law Office of Matthew Larosiere
6964 HOULTON CIR
LAKE WORTH, FL 33467

Zachary Z. Zermay
Zermay Law
203 LABELLE AVE
FORT MYERS, FL 33905

Appeal Number: 23-13062-JJ
Case Style: USA v. Kristopher Ervin, et al
District Court Docket No: 3:21-cr-00022-MMH-MCR-1

The enclosed order has been ENTERED.

Appellants' supplemental brief is due 40 days from the date of the enclosed order.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:             404-335-6122
Case Administration:    404-335-6135     Capital Cases:                   404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument:     404-335-6141

MOT-2 Notice of Court Action