# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13062

_____

UNITED STATES OF AMERICA,

                                                            Plaintiff-Appellee,

*versus*

KRISTOPHER JUSTINBOYER ERVIN,
MATTHEW RAYMOND HOOVER,

                                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cr-00022-MMH-MCR-1

_____

ORDER:

2                 Order of the Court                 23-13062

Appellant Kristopher Justinboyer Ervin's motion for supplemental briefing is GRANTED.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE