**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                                   Of Case and Names of Parties

May 5, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 8, 2025, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).  An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email Jenifer_Tubbs@ca11.uscourts.gov

**JENIFER TUBBS**
Court Sessions Supervisor

-----------------------------------------------------------------------------------------------------------------------------------

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #23.***

| | |
|---|---|
| 23-14175 | Clennon Melton v. I-10 Truck Center Inc., et al. |
| 24-12436 | Kimberley Settle v. David Collier |
| 22-14192 | United States v. Steven Chun, et al. |
| 24-10600 | RLI Insurance Company v. John Lehman, et al. |
| 23-12336 | United States v. Karen Perez (Consolidated with 23-12977, United States v. Jovan Rodriguez) |
| 23-13062 | United States v. Kristopher Ervin, et al. |
| 24-10006 | United States v. David Ridling |
| 24-11163 | Kevin Cottingim v. Reliastar Life Insurance Company |
| 24-10784 | Dr. Joseph Mercola v. The New York Times Company |
| 24-11479 | Florida East Coast Holdings Corporation v. Lexington Insurance Company, et al. |
| 23-11558 | United States v. Michael Kendrick |
| 24-10462 | United States v. Emmanuel Ayala |
| 24-10506 | United States v. Ronald Beasley, II |
| 23-11619 | United States v. Reggie Harris, Jr. |
| 24-10001 | Cecil Buckner v. United States |
| 24-13385 | Southeast Development Partners, LLC, et al. v. St. Johns County, Florida |