# UNITED STATES COURT OF APPEAL
# FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Room 13-104<br>Jacksonville, Florida  32202<br>(904) 301-5665 | HEARING LOCATION<br><br>Gerald B. Tjoflat Courtroom, 13th Floor<br>United States Courthouse<br>300 North Hogan Street<br>JACKSONVILLE, FLORIDA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed thirty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, SEPTEMBER 9, 2025

| | |
|---|---|
| 23-11558 | United States v. Michael Kendrick, Appellant |
| 24-11091 | Samantha Markle, Appellant v. Meghan Markle |
| 23-14175 | Clennon Melton, Appellant v. I-10 Truck Center, Inc., et al. |
| 24-11479 | Florida East Coast Holdings Corporation, Appellant v. Lexington Insurance Company, et al. |

### WEDNESDAY, SEPTEMBER 10, 2025

| | |
|---|---|
| 24-10506 | United States v. Ronald Beasley, II, Appellant |
| 23-12336 | United States, Appellant v. Karen Perez (Consolidated with 23-12977, United States, Appellant v. Jovan Rodriguez) |
| 24-10001 | Cecil Buckner, Appellant v. United States |
| 24-12436 | Kimberley Settle v. David Collier, Appellant |

### THURSDAY, SEPTEMBER 11, 2025

| | |
|---|---|
| 23-13062 | United States v. Kristopher Ervin, et al., Appellants |
| 24-10600 | RLI Insurance Company, Appellant v. John Lehman, et al. |
| 24-13385 | Southeast Development Partners, LLC, et al., Appellants v. St. Johns County, Florida |
| 24-11163 | Kevin Cottingim, Appellant v. Reliastar Life Insurance Company |

### FRIDAY, SEPTEMBER 12, 2025

| | |
|---|---|
| 23-11619 | United States v. Reggie Harris, Jr., Appellant |
| 24-10462 | United States v. Emmanuel Ayala, Appellant |
| 24-10006 | United States v. David Ridling, Appellant |
| 24-10784 | Dr. Joseph Mercola, Appellant v. The New York Times Company |

# COUNSEL MUST REPORT TO THE COURTROOM DEPUTY PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
06/26/25 - #22