# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13062

_____

UNITED STATES OF AMERICA,

                                      Plaintiff-Appellee,

*versus*

KRISTOPHER JUSTINBOYER ERVIN,
MATTHEW RAYMOND HOOVER,

                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:21-cr-00022-MMH-MCR-1

_____

ORDER:

2                       Order of the Court                       23-13062

      Attorney Gregory W. Kehoe has submitted an appearance of counsel to appear in this appeal.

      Consistent with 11th Cir. R. 34-4(e), Attorney Gregory W. Kehoe is GRANTED leave to appear in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION